```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 05401
    CLAUDE PELLEGRINI
    LEANNA F PELLEGRINI                       CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4866      SSN XXX-XX-5835

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/11/2006 and was confirmed 06/28/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

      The case was dismissed after confirmation 11/28/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
CCO MORTGAGE                 CURRENT MORTG        .00              .00             .00
CCO MORTGAGE CORP            NOTICE ONLY     NOT FILED             .00             .00
LITTON LOAN SERVICING        CURRENT MORTG        .00              .00             .00
LITTON LOAN SERVICING        NOTICE ONLY     NOT FILED             .00             .00
NUVELL CREDIT CO LLC         SECURED           8566.00          481.91         8338.73
RIDGE COVE CONDO ASSOC       CURRENT MORTG        .00              .00             .00
ARROW FINANCIAL SERVICES     UNSECURED       NOT FILED             .00             .00
ACCOUNT MANAGEMENT SERVI     UNSECURED       NOT FILED             .00             .00
ASSET ACCEPTANCE LLC         UNSECURED        18346.05             .00         1165.59
FDS BANK - BLOOMINGDALES     UNSECURED           45.29             .00             .00
CAPITAL ONE                  UNSECURED         2321.40             .00          147.49
CAPITAL ONE                  UNSECURED         2192.05             .00          139.27
CAPITAL ONE                  UNSECURED         1771.36             .00           98.26
CAPITAL ONE                  UNSECURED         1487.43             .00           82.52
CAPITAL ONE                  UNSECURED         1131.90             .00           62.79
CAPITAL ONE                  UNSECURED         1188.74             .00           65.93
CARSON PIRIE SCOTT           UNSECURED       NOT FILED             .00             .00
RESURGENT CAPITAL SERVIC     UNSECURED          687.40             .00           33.74
GE MONEY BANK                UNSECURED            .00              .00             .00
FIRST CARD                   UNSECURED       NOT FILED             .00             .00
RECOVERY MANAGEMENT SYST     UNSECURED         2788.97             .00          172.32
NATIONAL CAPITAL MANAGEM     UNSECURED         3020.24             .00          186.61
GINNYS                       UNSECURED       NOT FILED             .00             .00
ROUNDUP FUNDING LLC          UNSECURED         3142.13             .00          194.14
LORD & TAYLOR                UNSECURED           97.98             .00             .00
LVNV FUNDING                 UNSECURED       NOT FILED             .00             .00
ROUNDUP FUNDING LLC          UNSECURED           83.40             .00             .00
MARSHALL FIELD               UNSECURED       NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         4372.15             .00          270.15
JEFFERSON CAPITAL SYSTEM     UNSECURED         9761.47             .00          620.17
JEFFERSON CAPITAL SYSTEM     UNSECURED         9826.61             .00          624.32
NEWHORCREDIT                 UNSECURED       NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05401 CLAUDE PELLEGRINI & LEANNA F PELLEGRINI
```

```
PARK DANSEN                  UNSECURED     NOT FILED           .00          .00
PORTFOLIO RECOVERY ASSOC UNSECURED    16410.74           .00      1042.64
PRESIDIO/CM                  UNSECURED     NOT FILED           .00          .00
SEVENTH AVENUE               UNSECURED     NOT FILED           .00          .00
RESURGENT CAPITAL SERVIC UNSECURED        322.54           .00        15.82
JEFFERSON CAPITAL SYSTEM UNSECURED       5270.46           .00       325.64
ROUNDUP FUNDING LLC          UNSECURED       2787.86           .00       172.25
ROUNDUP FUNDING LLC          UNSECURED        369.18           .00        15.75
SHERMAN ACQUISITION          UNSECURED     NOT FILED           .00          .00
PARAGON WAY INC              UNSECURED      12165.98           .00       772.95
WFNNB                        UNSECURED     NOT FILED           .00          .00
JEFFERSON CAPITAL SYSTEM UNSECURED         809.89           .00        50.04
ROUNDUP FUNDING LLC          UNSECURED       4908.81           .00       303.29
B-LINE LLC                   UNSECURED        452.12           .00        16.41
NUVELL CREDIT CO LLC         UNSECURED         95.14           .00          .00
B-LINE LLC                   UNSECURED        778.35           .00        49.45
B-LINE LLC                   UNSECURED       4792.28           .00       296.11
FIRST PREMIER BANK           NOTICE ONLY   NOT FILED           .00          .00
FIRST PREIMER BANK           NOTICE ONLY   NOT FILED           .00          .00
CHASE                        NOTICE ONLY   NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY   NOT FILED           .00          .00
FIRST USA BANK               NOTICE ONLY   NOT FILED           .00          .00
FIRST USA BANK               NOTICE ONLY   NOT FILED           .00          .00
NCO COLLECTION AGENCY        NOTICE ONLY   NOT FILED           .00          .00
ASSOCIATED RECOVERY SYST NOTICE ONLY   NOT FILED           .00          .00
ASSOCIATED RECOVERY SYST NOTICE ONLY   NOT FILED           .00          .00
CARSON PIRIE SCOTT           NOTICE ONLY   NOT FILED           .00          .00
WOLPOFF & ABRAMSON LLP       NOTICE ONLY   NOT FILED           .00          .00
PALISADES COLLECTIONS        NOTICE ONLY   NOT FILED           .00          .00
PALSIADES COLLECTIONS        NOTICE ONLY   NOT FILED           .00          .00
LEADING EDGE RECOVERY SO NOTICE ONLY   NOT FILED           .00          .00
LORD & TAYLOR                NOTICE ONLY   NOT FILED           .00          .00
MARSHALL FIELDS              NOTICE ONLY   NOT FILED           .00          .00
BANK OF AMERICA              NOTICE ONLY   NOT FILED           .00          .00
BANK OF AMERICA              NOTICE ONLY   NOT FILED           .00          .00
ATLANTIC CREDIT & FINANC NOTICE ONLY   NOT FILED           .00          .00
HOUSEHOLD BANK               NOTICE ONLY   NOT FILED           .00          .00
HSBC NV                      NOTICE ONLY   NOT FILED           .00          .00
MIDLAND CREDIT MANAGEMEN NOTICE ONLY   NOT FILED           .00          .00
PARK DANSAN                  NOTICE ONLY   NOT FILED           .00          .00
TELECOM USA                  NOTICE ONLY   NOT FILED           .00          .00
MBNA AMERICA                 NOTICE ONLY   NOT FILED           .00          .00
SEARS                        NOTICE ONLY   NOT FILED           .00          .00
ARROW ACCEPTANCE CORP        NOTICE ONLY   NOT FILED           .00          .00
JC PENNEY                    NOTICE ONLY   NOT FILED           .00          .00
MCI RESIDENTIAL SERVICES NOTICE ONLY   NOT FILED           .00          .00
BLATT HASENMILLER LEIBSK NOTICE ONLY   NOT FILED           .00          .00
JC PENNY                     UNSECURED           .00           .00          .00
LEDFORD & WU                 DEBTOR ATTY      2,700.00                    2,700.00
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 05401 CLAUDE PELLEGRINI & LEANNA F PELLEGRINI

```
TOM VAUGHN              TRUSTEE                              1,055.71
DEBTOR REFUND           REFUND                                    .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE           19,500.00

PRIORITY                                     .00
SECURED                                 8,338.73
    INTEREST                              481.91
UNSECURED                               6,923.65
ADMINISTRATIVE                          2,700.00
TRUSTEE COMPENSATION                    1,055.71
DEBTOR REFUND                                .00
                  ---------------     ---------------
TOTALS            19,500.00             19,500.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE